Rodney Hammons #50739-509
PoBox 33
Terre Haute, I.N.
47808

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 06 2023

JEFFREY P. COLWELL
CLERK

INMATE
IDENTIFICATION
CONFIRMED

Legal
Mail

80294-250151

INDIANAPOLIS IN 460

28 FEB 2023   PM 5  L

Office of the clerk
united States District court
Alfred A. ARRAJ courthouse
901 19th Street Room A105
Denver, Colorado.
80294-3589

Legal mail

**RECEIVED**
FEB 27 2022
BY:

NON LEGAL CORRESPONDENCE CONFIRMED

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another individual, please return to the above address.

DATE:
FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802

Legal mail